E-FILED
Tuesday, 21 November 2017 11:58:51AM
Clerk, U.S. District Court, ILCD

FILED
NOV 21 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER L. PARKER | ) |
| V | ) CASE NO. _____ |
| ILLINOIS RIVER CORRECTIONAL CENTER | ) |
| OPERATIONS DEPARTMENT et al | ) |

APPLICATION TO PROCEED IN FORMA PAUPRIS

Due to the trust fund policy challenged in PARKER V WARDEN

JUSTIN HAMMERS (case number not known yet) I do not have a 6 month

trust fund ledgure to put with this application.

I certify under penalties of perjury that:

1.    I have no money to prepay the cost of this filing fee.

2.    I have received around $1700 from family and friends in

the last 6 months.

WHEREFORE I Pray that I will be allowed to proceed in forma

paupris in this action.

Respectfully requested this 18th day of November 2017.

Christopher L. Parker